No. 577. Rickert Rice Mills, Inc. v. Fontenot, Collector of Internal Revenue;

No. 578. Dore v. Same;

No. 579. United Rice Milling Products Co., Inc. v. Same;

No. 580. Baton Rouge Rice Mill, Inc. v. Same;

No. 581. Simon v. Same;

No. 585. Levy Rice Milling Co., Inc. v. Same;

No. 586. Farmers Rice Milling Co., Inc. v. Same; and

No. 587. Noble-Trotter Rice Milling Co. v. Same. November 18, 1935. The Government's motion for additional time to file answers to the motions for temporary injunctions and responses to the petitions for certiorari is granted, and the Government's time to file such answers and responses is extended to Thursday, November 21, at noon, with the understanding that no action will be taken by the Government by means of jeopardy assessment or otherwise to change the existing situation until the motions for injunctions have been passed upon by the Court. Petitioners may have until Friday, November 22, at noon, to file such replies to the answers and responses of the Government as they may be advised.

No. 10, original (October Term, 1934). New Jersey v. New York City. November 18, 1935. Return to rule to show cause presented. Mr. David T. Wilentz, Attorney General of New Jersey, and Mr. Duane E. Minard for plaintiff, on the return to the rule to show cause.

No. 58. Via v. State Commission on Conservation & Development. Argued November 19, 1935. Decided November 25, 1935.